RECEIVED

JAN - 7 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RICKEY TOLBERT (#32656-177)          DOCKET NO. 14-CV-830; SEC. P

VERSUS                               JUDGE TRIMBLE

WARDEN                               MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition pursuant to 28 U.S.C. §2241 be denied and dismissed, with prejudice, as Petitioner has not shown that he is in custody in violation of the Constitution or laws of the United States.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this _7th_ day of ___January___, 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE